UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **HARTFORD FIRE INSURANCE COMPANY** as subrogee of Greentree Transportation Company,<br><br>    **Plaintiff,**<br><br>vs.<br><br>**WILLIAM MICHAEL CUMMINS,** doing business as Mikes Pilot Cars,<br><br>    **Defendant.** | **JUDGMENT IN A CIVIL CASE**<br><br><br><br><br><br>**CASE NO: 17-1054-STA-egb** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order of Dismissal With Prejudice entered on February 22, 2018, this cause is hereby dismissed with prejudice.

                                                                                          **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

| | |
|---|---|
| **DATE:** 2/22/2018 | THOMAS M. GOULD<br>**Clerk of Court**<br><br>    s/Maurice B. BRYSON<br>**(By) Deputy Clerk** |